

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AVRAHAM MORE-YOSSEF, | No. 09-71690 |
| Petitioner, | Agency No. A072-301-429 |
| v. | |
| ERIC H. HOLDER JR., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Department of Homeland Security

Submitted October 11, 2012[**]
Pasadena, California

Before:    **KLEINFELD** and **McKEOWN**, Circuit Judges, and **QUIST**, Senior
District Judge.[***]

Avraham More-Yossef, a native and citizen of Israel, petitions for review of an

order of the Department of Homeland Security reinstating a June 10, 2007, order of

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

[***]    The Honorable Gordon J. Quist, Senior United States District Judge
for the Western District of Michigan, sitting by designation.

removal against More-Yossef.  We have jurisdiction under 8 U.S.C. § 1252 to review reinstatements of prior orders of removal, *see Morales-Izquierdo v. Gonzales*, 486 F.3d 484, 495-98 (9th Cir. 2007) (en banc), and we dismiss in part and deny in part the petition for review.

The reinstatement order complies with immigration regulations.  *See* 8 C.F.R. § 241.8.

We lack jurisdiction to consider More-Yossef's collateral challenge to his prior expedited removal order.  *See Garcia de Rincon v. Dep't of Homeland Sec.*, 539 F.3d 1133, 1136, 1138-39 (9th Cir. 2008).

**PETITION DISMISSED in part and DENIED in part.**